**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Hon. Angelo Joseph Piazza, III        Deanna Gaspard
Attorney at Law                       Avoyelles Women's Corr Ctr  (# 556709)
P. O. Box 429                         P. O. Box 340    (Dorm 4)
Marksville LA 71351                   Cottonport LA 71327

**REHEARING ACTION: December 15, 2010**

**Docket Number: 09   01517-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DEANNA GASPARD**

**Appealed from Avoyelles Parish Case No. 146494**

**BEFORE JUDGES:**

  **Hon. Sylvia R. Cooks**
  **Hon. J. David Painter**
  **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Deanna Gaspard** has this day been

  **DENIED.**

cc: Hon. Charles A. Riddle  III, Counsel for the Appellee
    Andrea D. Aymond, Counsel for the Appellee